# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE

IN RE:                                                                             Case No.16-08357-MH3-13

BOBBY ALLEN GILLIAM                                          4/18/2018

DEBORAH ANN JOHNSON GILLIAM

5049 LUKER LN
ANTIOCH, TN  37013-4003

SSN XXX-XX-9901   SSN XXX-XX-4136

---

## NOTICE AND MOTION TO DISMISS FOR NONCOMPLIANCE

Henry E. Hildebrand, III, Standing Trustee for Chapter 13 matters in the Middle District of Tennessee, hereby moves the Court to dismiss the above-styled case for the debtors' failure to comply with a previous Court order, entered on February 07, 2017.  This Court's previous order allowed this case to continue on the condition the debtors comply with all provisions for payments into the plan.  The order further provided that the above-styled case may be dismissed without further hearing in the event of a plan payment default by the debtors for the remainder of the Chapter 13 case.

The Trustee hereby gives notice that the Debtors have defaulted in plan payments.  The debtors' plan payments are as follows:

$198.50 WEEKLY  from ALLIED UNIVERSAL

$198.75 WEEKLY  from WOOD PERSONNEL SERVICES

The last plan payment was received on April 16, 2018.  The debtors' failure to comply with the Court's previous order is demonstrated on the pay schedule below:

| Date | Payment Received |
|---|---:|
| 10/20/2017 | 152.38 |
| 10/27/2017 | 198.50 |
| 11/03/2017 | 198.50 |
| 11/13/2017 | 198.50 |
| 11/17/2017 | 198.50 |
| 11/27/2017 | 198.50 |
| 12/04/2017 | 198.50 |
| 12/11/2017 | 282.93 |
| 12/11/2017 | 198.50 |
| 12/14/2017 | 177.02 |
| 12/18/2017 | 370.50 |
| 12/22/2017 | 125.43 |
| 12/27/2017 | 198.75 |
| 01/02/2018 | 198.75 |
| 01/10/2018 | 198.75 |
| 01/16/2018 | 71.00 |
| 01/18/2018 | 198.75 |
| 01/29/2018 | 198.75 |
| 02/05/2018 | 198.75 |
| 02/09/2018 | 198.75 |
| 02/16/2018 | 198.50 |
| 02/26/2018 | 198.75 |
| 02/26/2018 | 198.50 |
| 03/02/2018 | 198.75 |
| 03/02/2018 | 198.50 |
| 03/09/2018 | 198.50 |
| 03/16/2018 | 198.50 |
| 03/23/2018 | 198.50 |
| 03/30/2018 | 198.50 |
| 04/06/2018 | 198.50 |
| 04/16/2018 | 198.50 |

WHEREFORE, THE PREMISES CONSIDERED, the Trustee moves the Court to immediately dismiss the above-styled case for the debtors' failure to comply with a previous Court order, and the debtors having defaulted in plan payments.

Respectfully Submitted,

/s/ Henry E. Hildebrand, III  
HENRY E. HILDEBRAND, III  
CHAPTER 13 TRUSTEE  
P O BOX 340019  
NASHVILLE, TN  37203  
PHONE:  615-244-1101  
FAX:  615-242-3241  
pleadings@ch13nsh.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been served by US Postal Service , postage prepaid to:
BOBBY ALLEN GILLIAM & DEBORAH ANN JOHNSON GILLIAM, 5049 Luker Ln, Antioch, TN  37013-4003;

Email by Electronic Case Noticing to:
Ms Beth R Derrick, Assistant US Trustee
ROTHSCHILD AND AUSBROOKS PLLC, Debtors' counsel

on this 18th day of April, 2018.

/s/ Henry E. Hildebrand, III  
HENRY E. HILDEBRAND, III  
Chapter 13 Trustee

Case 3:16-bk-08357    Doc 84    Filed 04/18/18    Entered 04/18/18 11:58:51    Desc Main
Document      Page 3 of 3